IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:82-cr-005-GEB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ACE T. CARTER, aka ACE T. KARTER, | ) | |
| | ) | |
| Defendant. | ) | |

On January 8, 2007, Defendant filed a "Motion for a[n] Order to Issue Dismissing Special Parole Status." Since Defendant has not submitted the documents and law applicable to his motion, the motion is denied.

IT IS SO ORDERED.

Dated: June 19, 2007

GARLAND E. BURRELL, JR.
United States District Judge

1